1 (*Counsel of record on next page*)

2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  NEDA FARAJI, on behalf of herself and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, <br><br> Plaintiff(s), <br><br> vs. <br><br> TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive, <br><br> Defendant(s). | No. 5:17-cv-00155-ODW-SP <br><br> **STIPULATION TO DISMISS ACTION WITH PREJUDICE** <br><br> Courtroom: 5D, 350 W. 1st Street Los Angeles, California <br> Judge: Hon. Otis D. Wright, II <br><br> Complaint filed: November 28, 2016 <br> Trial date: None Set |

LEGAL_US_W # 95433444.3

1  DAVID G. SPIVAK (Cal. State Bar No. 179684)
   THE SPIVAK LAW FIRM
2  16530 Ventura Boulevard, Suite 312
   Encino, California 91436
3  Telephone (818) 582-3086
   Facsimile (818) 582-2561
4  david@spivaklaw.com

5

6  WALTER HAINES (Cal. State Bar No. 71075)
   UNITED EMPLOYEES LAW GROUP
7  5500 Bolsa Avenue, Suite 201
   Huntington Beach, California 92649
8  Telephone: (888) 474-7242
   Facsimile: (562) 256-1006
9  walter@whaines.com

10 Attorneys for Plaintiff
   Neda Faraji
11

12 JEFFREY D. WOHL (Cal. State Bar No. 096838)
   ANDREA B. DICOLEN (Cal. State Bar No. 305555)
13 ANNA M. SKAGGS (Cal. State Bar No. 319179)
   PAUL HASTINGS LLP
14 101 California Street, 48th Floor
   San Francisco, California 94111
15 Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
16 jeffwohl@paulhastings.com
   andreadicolen@paulhastings.com
17 annaskaggs@paulhastings.com
18

19 Attorneys for Defendant
   Target Corporation
20

21

22

23

24

25

26

27

28

LEGAL_US_W # 95433444.3

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Neda Faraji and defendant Target Corporation, acting through their respective counsel of record, hereby stipulate and request that this action be hereby DISMISSED WITH PREJUDICE in its entirety, each side to bear its own costs and attorneys' fees.

Dated:  October 4, 2018.

DAVID SPIVAK
THE SPIVAK LAW FIRM

By:  /s/ David Spivak
David Spivak
Attorney for Plaintiff Neda Faraji

The undersigned attests that the signatory listed above concurs in the content of this document and has authorized its filing.

Dated:  October 4, 2018.

JEFFREY D. WOHL
ANDREA B. DICOLEN
ANNA M. SKAGGS
PAUL HASTINGS LLP

By: /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant Target Corporation

LEGAL_US_W # 95433444.3