UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEDA FARAJI, on behalf of herself and all others similarly situated, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>Plaintiff(s),<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | No. 5:17-cv-00155-ODW-SP<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE [117]**<br><br>Judge:    Hon. Otis D. Wright, II<br><br>Complaint filed: November 28, 2016<br>Trial date:    None Set |

On the Stipulation (ECF No. 117) of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED** without prejudice; and
2. All dates and deadlines in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED**.

October 5, 2018

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**